Submitted March 30, convictions of encouraging child sexual abuse in the second degree reversed May 4, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CARVEL GORDON DILLARD,
*Defendant-Appellant.*

Josephine County Circuit Court
06CR0615; A140158

256 P3d 160

Peter Gartlan, Chief Defender, and David C. Degner, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant. Carvel Gordon Dillard filed the supplemental brief *pro se.*

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM